DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRINITA AUSTIN,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,**
As Indenture Trustee for **NEW CENTURY HOME EQUITY LOAN,**
Appellee.

No. 4D17-1632

[June 21, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. CACE07-36245 21.

Trinita Austin, Fort Lauderdale, for appellant.

Christopher P. Hahn of Maurice Wutscher LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***